

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Michael Fallon, M.D.

Appellate case number:   01-18-00966-CV

Trial court case number: 2017-36113

Trial court:             151st District Court of Harris County

Relator, Michael Fallon, M.D., has filed a motion for emergency relief to stay trial court proceedings.

The court requests that real parties in interest, M.D. Anderson Physician's Network and Michael W. Brown, file a response to this motion for emergency relief **on or before noon on Thursday, November 8, 2018**.

It is so ORDERED.

Judge's signature: _/s/ Jennifer Caughey___
                    ☒ Acting individually    ☐ Acting for the Court

Date: _November 5, 2018___